# EXHIBIT 5

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5

Communication Interface Technologies LLC ("CIT") provides evidence of infringement of claims 1 and 5 of U.S. Patent No. 8,266,296 (hereinafter "the '296 patent") by Sprouts Farmers Market, Inc. ("Sprouts"). In support thereof, CIT provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Sprouts's "Sprouts" application ("App") in systems and methods, including hardware and software products including, but not limited to the Sprouts App as developed for mobile electronic devices (*see, e.g.,* App via https://www.sprouts.com/sprouts-app/ (last accessed and downloaded May 5, 2024).), along with any hardware and/or software for provisioning the App. Upon information and belief, the exemplary version herein and previous versions of the Accused Instrumentalities distributed prior to expiration of the patents in suit operated materially in the same manner.

These claim charts demonstrate Sprouts's infringement, and provide notice of such infringement, by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Sprouts has not yet provided any non-public information. An analysis of Sprouts's (or a third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, CIT reserves the right to supplement this infringement analysis once such information is made available to CIT. Furthermore, CIT reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

CIT provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. CIT reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, CIT contends that Sprouts has directly infringed the '296 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, CIT believes and contends that each element of each claim asserted herein is literally met through Sprouts's provision of the Accused Instrumentalities. However, to the extent that Sprouts attempts to allege that any asserted claim element is not literally met, CIT believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, CIT did not identify any substantial differences between the elements of the patent claims and the corresponding features

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, CIT asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. CIT reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Sprouts. CIT also reserves the right to amend this infringement analysis by citing other claims of the ' 296 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. CIT further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

| | Claim 1 | SPROUTS Downloadable App Service |
|---|---|---|

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5



# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5

| | | |
|---|---|---|
| 1 | A method comprising: | A method is specified for controlling a virtual session on a user device like a mobile handset such as smartphone or tablet. |
| 1a (i) | receiving, at a control program executing on a mobile handset, a first communication initiated by a remote entity, | Wireless push notification messages are sent over Transport Layer Security (TLS) sessions. Each Push message includes an encrypted push token as per **Endnote #1**. The push token is sent in a Push Notification message over a TLS session from the **SPROUTS** Server backend to the **SPROUTS** App (application program, application layer program) running on a user's smartphone (mobile handset) or tablet.<br><br>See Endnote #1 and Endnote #3. The **SPROUTS** App executes a registration process which includes instructions that will be executed to receive the specific push notifications coming into the **SPROUTS** App.<br><br>In the SPROUTS application, for example, a push notification contains information related to products and/or services. |

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

### U.S. Patent No. 8,266,296 – Defendant / Sprouts
### Claims 1 and 5

| | | |
|---|---|---|
| | |  |

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5

| | | |
|---|---|---|
| | |  |

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5



# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5

| | | |
|---|---|---|
| | |  |

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

| | | |
|---|---|---|
| | | As per **Endnote #1**, the remote server causes a push notification message to be sent to the mobile handset. Part of this push notification message (first communication) will be forwarded to the **SPROUTS** App running on the user's smartphone or tablet device. |
| 1a (ii) | wherein the first communication includes a **set of information identifying an application layer program** that is installed on the mobile handset, and | **See Endnote #1** for a discussion of how each Push Notification message coming into the SPROUTS application includes an **app-specific device token**. **The app-specific device token** is indicative of the SPROUTS App running on the user's smartphone or tablet. Each incoming wireless push notification message contains an **app-specific device token** which is a set of information that identifies the push-service reception process portion of the **SPROUTS** App**.** |
| 1a (iii) | wherein initiation of the first communication by the remote entity was not in response to a request sent by the mobile handset; | The message sent by the server is called a push message or a push notification. Push notifications are call-out type messages, and as such, are not sent in response to pull requests sent by the mobile handset. See **Endnote #1**. |
| 1b | the control program **causing** the mobile handset to **evaluate** the set of information included in the first communication; and | The control program is connected to the phone's OS that evaluates the first communication by looking at the **app-specific device token**. This lets the system know to which App on the device to activate or to send the new incoming information to.<br><br>See **Endnote #1** for a discussion of how each Push Notification message coming into the **SPROUTS** App includes an **app-specific device token**. The app-specific device token is indicative of the **SPROUTS** App running on the user's smartphone or tablet. When the push notification has been received by the **SPROUTS** App, the **SPROUTS** App provides user interface capabilities that allow the user to click application data information received in the push message payload. When the user clicks this information, |

| | | |
|---|---|---|
| | | the **SPROUTS** App evaluates this information and causes the **SPROUTS** App to launch. |
| 1c (i) | in response to determining, based on the evaluating, that the set of information identifies the application layer program, the control program **causing** the mobile handset to: | Determining is performed, for example, when a user clicks on a banner notification icon or a notification icon in the notifications tray. This determining is based on the evaluating, because the evaluating looks at the **app-specific device token** and identifies the incoming push notification message with the SPROUTS application program on the handset. |
| 1c (ii) | launch the application layer program; and | Upon this determining, the notification icon in the banner or the notifications tray is displayed in accordance to system configuration commands issued by the **SPROUTS** App. The **SPROUTS** App issues commands to control how the notification will be displayed in the notifications tray upon receipt of the push message. When these notification display-control commands are executed, this is launching the App in the sense of executing notification display commands that are part of the **SPROUTS** App itself. Upon user click, the rest of the **SPROUTS** App was launched during testing.<br><br>See Endnote #3 for further details.<br><br>Also, if a data message is sent while the **SPROUTS** App is in the background, the **SPROUTS** App will launch and execute the onMessageReceived() function. See Endnote #4 for further details. |
| 1c (iii) | reactivate, from an inactive state, a communication session between the mobile handset and the remote entity. | The Server Application and the client-side App have already established a separate TLS connection for traditional client-server communications. For example the **SPROUTS** Application Server program uses a TLS session to communicate application data with the **SPROUTS** App.<br><br>Also in response to the user-clicking of the notification message and launching of the App, and possibly other user interface selections provided in response thereto, the TLS session between the **SPROUTS** Application Server program and the **SPROUTS** App is resumed.<br><br>See **Endnote#2** for a discussion of TLS session resumption. Also see, https://docs.microsoft.com/en-us/windows/desktop/secauthn/tls-handshake-protocol. |

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

| | | |
|---|---|---|
| | | The remote server and the SPROUTS application will resume their client-server TLS session so that the server and the remote unit can resume communications. To do so the application program will invoke a protocol stack within the remote unit to communicate back to the server via the remote unit.<br><br>TLS session use a full handshake sequence that is used to establish connection parameters, and an abbreviated handshake sequence that is used to resume the TLS session from an inactive or dormant state to an active state whereby new payload data can be sent via the virtual session once again. |

| | | |
|---|---|---|
| 5 | The method of claim 1, wherein the first communication was initiated by the remote entity in response to information received by the remote entity from a server coupled to the remote entity via the Internet. | The message (first communication) sent by the server is called a push message or a push notification or a data message. **SPROUTS** push notifications are call-out type messages, and as such, are initiated and sent by the remote entity (**SPROUTS** push server) in response to information received by the remote entity from the **SPROUTS** backend server that is coupled to the remote entity via the Internet. *See* Endnote #1. |

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

## Endnote#1 - app-specific device token

**https://help.pushwoosh.com/hc/en-us/articles/360000364923-What-is-a-Device-token-**

### What is a Device token?

**Question:**

What is a Device token?

**Answer:**

**Push token (device token)** - is **a unique key for the app-device combination** which is issued by the Apple or **Google push notification** gateways. It allows gateways and push notification providers to route messages and ensure the notification is delivered only to the **unique app-device combination** for which it is intended.

iOS device push tokens are strings with 64 hexadecimal symbols. Push token example:
`03df25c845d460bcdad7802d2vf6fc1dfde97283bf75cc993eb6dca835ea2e2f`
Make sure that iOS push tokens you use when targeting specific devices in your API requests are in **lower case**.

**Android device push tokens** can differ in length (usually below 255 characters), and usually start with **APA**… Push token example:

```
APA91bFoi3lMMre9G3XzR1LrF4ZT82_15MsMdEICogXSLB8-
MrdkRuRQFwNI5u8Dh0cI90ABD3BOKnxkEla8cGdisbDHl5cVIkZah5QUhSAxzx4Roa7b4xy9tvx9iNSYw-eXBYYd8k1XKf8Q_Qq1X9-
x-U-Y79vdPq
```

…………

Note: The **Android device push tokens** correspond to the **app-specific device token** terminology used in the claim charts.

https://dev.to/jakubkoci/react-native-push-notifications-313i

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**




In the above Architecture, the "backend" corresponds to the backend of the Application Server. The Device token corresponds to a specific App running on a specific device. That is what is meant by the **app-specific device token** in the claim charts.

https://firebase.google.com/docs/cloud-messaging/android/first-message

## *"Access the registration token*

To send a message to a specific device, you need to know that device's registration token. Because you'll need to enter the token in a field in the Notifications console to complete this tutorial, make sure to copy the token or securely store it after you retrieve it.

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

On initial startup of your app, the **FCM SDK** generates a **registration token for the client app** instance. If you want to target single devices or create device groups, you'll need to access this token by extending `FirebaseMessagingService` and overriding `onNewToken`.

This section describes how to retrieve the token and how to monitor changes to the token. Because the token could be rotated after initial startup, you are strongly recommended to retrieve the latest updated registration token.

The registration token may change when:

- The app deletes Instance ID
- The app is restored on a new device
- The user uninstalls/reinstall the app
- The user clears app data."

https://firebase.google.com/docs/cloud-messaging/concept-options

For example, here is a JSON-formatted notification message in an IM app. The user can expect to see a message with the title "Portugal vs. Denmark" and the text "great match!" on the device:

```
{
  "message":{
    "token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",  ←-- App-specific token
    "notification":{
      "title":"Portugal vs. Denmark",
      "body":"great match!"
    }
```

## Communication Interface Technologies LLC's First Infringement Analysis

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

```
  }
}
```

https://firebase.google.com/docs/cloud-messaging/android/client

### Retrieve the current registration token

When you need to retrieve the current token, call `FirebaseInstanceId.getInstance().getInstanceId()`:

```
FirebaseInstanceId.getInstance().getInstanceId()
        .addOnCompleteListener(new OnCompleteListener<InstanceIdResult>() {
            @Override
            public void onComplete(@NonNull Task<InstanceIdResult> task) {
                if (!task.isSuccessful()) {
                    Log.w(TAG, "getInstanceId failed", task.getException());
                    return;
                }

                // Get new Instance ID token
                String token = task.getResult().getToken();

                // Log and toast
                String msg = getString(R.string.msg_token_fmt, token);
                Log.d(TAG, msg);
                Toast.makeText(MainActivity.this, msg, Toast.LENGTH_SHORT).show();
            }
        });
```

MainActivity.java

### Monitor token generation

The `onNewToken` callback fires whenever a new token is generated.

```
/**
 * Called if InstanceID token is updated. This may occur if the security of
 * the previous token had been compromised. Note that this is called when the InstanceID token
 * is initially generated so this is where you would retrieve the token.
 */
@Override
public void onNewToken(String token) {
    Log.d(TAG, "Refreshed token: " + token);

    // If you want to send messages to this application instance or
    // manage this apps subscriptions on the server side, send the
    // Instance ID token to your app server.
    sendRegistrationToServer(token);
}
```

After you've obtained the token, you can send it to your app server and store it using your preferred method. See the Instance ID API reference for full detail on the API.

# Endnote#2 - Transport Layer Security and Virtual Sessions

Transport Layer Security (TLS) is used by both Android based devices. The handshake diagrams in this endnote use Apple iOS as an example, but apply equally to Android type implementations.

**https://developer.android.com/training/articles/security-ssl**

"The Secure Sockets Layer (SSL)—now technically known as Transport Layer Security (**TLS**)—is a **common building block for encrypted communications between clients and servers."**

**https://android-developers.googleblog.com/2018/04/protecting-users-with-tls-by-default-in.html**

"**Android** is committed to keeping users, their devices, and their data safe. One of the ways that we keep data safe is **by protecting all data that enters or leaves an Android device with Transport Layer Security (TLS) in transit**.

http://abbas.rpanah.ir/publications/conext2017_tls_paper.pdf - However, other protocols such as secure email (42 apps) and **Google's Cloud Messaging service for push notifications** (9 apps) [11, 47] also **use TLS**. A History of TLS Support in Android: Android has supported TLS 1.0 since its first version released in 2008 and TLS 1.1 and TLS 1.2 since 2012.

https://developer.ibm.com/customer-engagement/docs/watson-marketing/ibm-engage-2/tls-1-2-migration-for-mobile-push-clients/

**What will happen on devices that are unable to support TLS 1.2?**

Devices which do not support TLS 1.2 will be unable to connect to our WCA servers. This will prevent users of those devices from:

- Registering new mobile user IDs
- **Updating push tokens**
- Receiving inbox messages
- **Receiving In-app messages**

As the above link shows, the creation of the App IDs of Endnote #1 are linked ot he TLS protocol being run on the TLS-enabled Push-Notification channel.

https://tools.ietf.org/html/rfc5246 - TLS 1.2 - Has fast session resumption, section F.1.4

https://tools.ietf.org/html/rfc5077 - This is the version introduces server tickets, like Android Device Push Tokens

**Abstract**

This document describes a mechanism that enables the Transport **Layer Security (TLS) server to resume sessions** and avoid keeping per-client session state. **The TLS server encapsulates the session state into a ticket and forwards it to the client**. The client can subsequently **resume a session** using the obtained ticket.

**3. Protocol**

This specification describes a mechanism to distribute encrypted session-state information in the form of a ticket. The ticket is created by a TLS server and sent to a TLS client. The TLS client presents the ticket to the TLS server to **resume a session**.

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

# Endnote#3 – Client-Side App includes Auto-Launch Program Segements to Receive and Display Incoming Notifications (first communication)

Client-side application programs (App's), once installed, execute program instructions and API calls that cause the client-side App to register itself with the Android operating system as a push recipient for receiving pushes that originate from the App's respective push server when information becomes available on the App's respective backend server. At this time, the App's respective push server will issue a send-push command using the specific device token for the App. See the Architecture diagram from Endnote #1 above.

When this registration is performed, the App causes specific device handler code that is part of the App itself to be installed into the Android phone's OS. This code is from the App and is part of the App, and execution of this code involves execution of service agent type code that is automatically launched and executed to receive and control the display the specific push notifications addressed to the App.

Create Firebase Project (https://dev.to/jakubkoci/react-native-push-notifications-313i)

If you want to send push notifications to Android, you would need to create a project in Firebase Console Firebase Console and register your app there (as described at Add Firebase to your Android project | Firebase step 1., 2. and 3.

- Step 1: Create a Firebase project:
  - Add Project
  - Project name push-notifications-wix-demo
  - Turn off "Enable Google Analytics for this project"
- Step 2: Register your app with Firebase:
  - Android package name: com.pushnotificationswixdemo (you can find it in android/app/build.gradle file, android -> defaultConfig -> applicationId)
  - App nickname (optional): Push Notifications Wix Demo
  - Register app
- Step 3: Add a Firebase configuration file:
  - Download google-services.json and put it into PROJECT_DIR/android/app/ folder.

- Update PROJECT_DIR/android/build.gradle and PROJECT_DIR/android/app/build.gradle files. Beware that there might be differences in specific versions defined in Firebase console and Android Installation · React native notifications. I usually try to set the Gradle files according to current Firebase console recommendations and downgrade if it doesn't work with React Native notification library.

https://developers.google.com/android/guides/google-services-plugin

The `google-services` plugin has two main functions:

1 Process the `google-services.json` file ***and produce Android resources that can be used in your application's code***. See Adding the JSON File more information.

2 Add dependencies for basic libraries required for the services you have enabled. This step requires that you apply the Google Services Gradle plugin in your `app/build.gradle` file, like so:

```
apply plugin: 'com.google.gms.google-services'
```

https://wix.github.io/react-native-notifications/docs/installation-android/

## Step #1: Subscribe to Google's FCM#

To set FCM in your app, you must first create a google-services.json file. If you have no existing API project yet, the easiest way to go about in creating one is using this step-by-step installation process;

## Step #2: Copy google-services.json#

After creating google-services.json, copy it into your project's android/app folder.

### Step #3: Add google-services package#

**./android/build.gradle**

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

```
buildscript {
    ...
    dependencies {
        ...
        classpath 'com.google.gms:google-services:4.0.0'
    }
}
```

**Step #4: Add firebase-core package and apply google-services plugin#**

**./android/app/build.gradle**

```
dependencies {
    ...
    implementation project(':react-native-notifications')
    implementation 'com.google.firebase:firebase-core:16.0.0'
}

apply plugin: 'com.google.gms.google-services'
```

**Step #5: Link react-native-notifications#**

**./android/settings.gradle**

```
include ':react-native-notifications'
project(':react-native-notifications').projectDir = new File(rootProject.projectDir, '../node_modules/react-native-notifications/lib/android/app')
```

**Step #6: Customize the appearance#**

It is important to name the icon that you would like to display `notification_icon`. Android studio allows to generate the appropriate drawables according to the documentation.

**AndroidManifest.xml**

```
<!-- Set custom default icon. This is used when no icon is set for incoming notification messages.
         See README(https://goo.gl/l4GJaQ) for more. -->
<meta-data
```

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5

```
    android:name="com.google.firebase.messaging.default_notification_icon"
    android:resource="@drawable/notification_icon" />
<!-- Set color used with incoming notification messages. This is used when no color is set for the incoming
     notification message. See README(https://goo.gl/6BKBk7) for more. -->
<meta-data
    android:name="com.google.firebase.messaging.default_notification_color"
    android:resource="@color/colorAccent" />
```

If you want to use a color like in the example above, you also need to define the color value

**res/values/colors.xml**

Copy

```
<resources>
  <color name="colorAccent">#C60C30</color>
</resources>
```

.

## Endnote#4 – Message Types and Foreground Message Handling by App

https://firebase.google.com/docs/cloud-messaging/concept-options
About FCM messages

Firebase Cloud Messaging (FCM) offers a broad range of messaging options and capabilities. The information in this page is intended to help you understand the different types of FCM messages and what you can do with them.

***Message types***

With FCM, you can send two types of messages to clients:

- **Notification messages**, sometimes thought of as "display messages." These are handled by the FCM SDK automatically.
- **Data messages**, which are handled by the client app.

Notification messages contain a predefined set of user-visible keys. Data messages, by contrast, contain only your user-defined custom key-value pairs. Notification messages can contain an optional data payload. Maximum payload for both message types is 4KB, except when sending messages from the Firebase console, which enforces a 1024 character limit.

| | Use scenario | How to send |
|---|---|---|
| Notification message | FCM automatically displays the message to end-user devices on behalf of the client app. Notification messages have a predefined set of user-visible keys and an optional data payload of custom key-value pairs. | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols: Set the `notification` key. May have optional data payload. Always |

| | | |
|---|---|---|
| | | collapsible.<br><br>Use the Notifications composer: Enter the Message Text, Title, etc., and send. Add optional data payload by providing Custom data. |
| Data message | Client app is responsible for processing data messages. Data messages have only custom key-value pairs with no reserved key names (see below). | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols: Set the `data` key only. |

Use notification messages when you want FCM to handle displaying a notification on your client app's behalf. Use data messages when you want to process the messages on your client app.

FCM can send a notification message including an optional data payload. In such cases, FCM handles displaying the notification payload, and the client app handles the data payload. (…)

Notification messages are delivered to the notification tray when the app is in the background. For apps in the foreground, messages are handled by a callback function. (…)

App behavior when receiving messages that include both notification and data payloads depends on whether the app is in the background or the foreground (…).

- **When in the background**, apps receive the notification payload in the notification tray, and only handle the data payload when the user taps on the notification. [Data messages go straight to the client app and wake it up. That is, both the data message and its optional data payload are delivered directly to the client app with no need for the user to tap on the user interface, although sounds may be triggered and badges and short messages may be flash-displayed to alert the user.]

## Communication Interface Technologies LLC's First Infringement Analysis

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

- **When in the foreground**, your app receives a message object with both payloads available

https://firebase.google.com/docs/cloud-messaging/android/receive

***Handling messages***

(...) [onMessageReceived() = executed when a notification message or a data message is received.]

- **Notification messages delivered when your app is in the background**. In this case, the notification is delivered to the device's system tray. A user tap on a notification opens the app launcher by default.

- **Messages with both notification and data payload, when received in the background**. In this case, the notification is delivered to the device's system tray, and the data payload is delivered in the extras of the intent of your launcher Activity. In summary:

| App state | Notification | Data | Both |
|---|---|---|---|
| Foreground | onMessageReceived | onMessageReceived | onMessageReceived |

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

| | | | |
|---|---|---|---|
| Background | System tray | `onMessageReceived` | Notification: system tray<br>Data: in extras of the **intent**. |

https://developer.android.com/guide/components/intents-filters

The primary information contained in an `Intent` is the following:

**Component name** - The name of the component to start. (…)

**Action -** A string that specifies the generic action to perform (such as *view* or *pick*). (…)

**Data -The URI (a `Uri` object)** that references the data to be acted on and/or the MIME type of that data. The type of data supplied is generally dictated by the intent's action. For example, if the action is `ACTION_EDIT`, the data should contain the **URI** of the document to edit. (…)

**Category** - A string containing additional information about the kind of component that should handle the intent. (…)

**Extras -** Key-value pairs that carry additional information required to accomplish the requested action. Just as some actions use particular kinds of data URIs, some actions also use particular extras. (…)

[Note, the **Intent** object, passed in the **PendingIntent** object in the Notification Message includes a **Data** field which is a **Uri** object. (URI = Uniform Resource Identifier.) The Uri object unambiguously identifies items such as local resources in the client, external files stored on the application server, or external data sources in an external content provider database. The **Uri** object can resolve to a MIME type, and can also be resolved to find external information like web pages from content providers and the like. The links below explain how build the **Uri** object and how the **Uri** object can resolved.]

## COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

**U.S. Patent No. 8,266,296 – Defendant / Sprouts**
**Claims 1 and 5**

https://developer.android.com/training/app-links/deep-linking
Create Deep Links to App Content

When a clicked link or programmatic request invokes a web URI intent, the Android system tries each of the following actions, in sequential order, until the request succeeds:

1. Open the user's preferred app that can handle the URI, if one is designated.
2. Open the only available app that can handle the URI.
3. Allow the user to select an app from a dialog.

Follow the steps below to create and test links to your content. You can also use the App Links Assistant in Android Studio to add Android App Links.

To create a link to your app content, add an intent filter that contains these elements and attribute values in your manifest:

`<action>` (...)

`<data>` Add one or more `<data>` tags, each of which represents a URI format that resolves to the activity. At minimum, the `<data>` tag must include the `android:scheme` attribute.

# COMMUNICATION INTERFACE TECHNOLOGIES LLC'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 8,266,296 – Defendant / Sprouts
## Claims 1 and 5

You can add more attributes to further refine the type of URI that the activity accepts. For example, you might have multiple activities that accept similar URIs, but which differ simply based on the path name. In this case, use the `android:path` attribute or its `pathPattern` or `pathPrefix` variants to differentiate which activity the system should open for different URI paths. (…)

```
<intent-filter>
  ...
  <data android:scheme="https" android:host="www.example.com" />
  <data android:scheme="app" android:host="open.my.app" />
</intent-filter>
```

It might seem as though this supports only `https://www.example.com` and `app://open.my.app`. However, it actually supports those two, plus these: `app://www.example.com` and `https://open.my.app`.

Once you've added intent filters with URIs for activity content to your app manifest, Android is able to route any `Intent` that has matching URIs to your app at runtime.