IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COMMUNICATION INTERFACE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPROUTS FARMERS MARKET, INC., <br><br> Defendant. | Case No. 4:24-CV-00426-SDJ <br><br> JURY TRIAL DEMANDED |

**DEFENDANT SPROUTS FARMERS MARKET INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Sprouts Farmers Market, Inc. ("Sprouts") by and through its undersigned counsel, hereby states that Sprouts is a publicly traded corporation (NASDAQ:SFM), organized and existing under the laws of the State of Delaware, with a principal executive office located in Phoenix, Arizona. Sprouts has no parent corporation. The Vanguard Group and BlackRock, Inc. each own more than 10% of Sprouts stock. No other publicly traded company holds 10% or more of Sprouts' stock.

1

Dated: July 22, 2024                                                    **FISH & RICHARDSON P.C.**

                                                               */s/ Neil J. McNabnay*
                                                                Neil J. McNabnay
                                                                Texas Bar No. 24002583
                                                                Ricardo J. Bonilla
                                                                Texas Bar No. 24082704
                                                                Noel F. Chakkalakal
                                                                Texas Bar No. 24053676
                                                                Michael A. Vincent
                                                                Texas Bar No. 24105738
                                                                Alexander H. Martin
                                                                Texas Bar No. 24091828
                                                                Philip G. Brown
                                                                Texas Bar No. 24132695

                                                                1717 Main Street, Suite 5000
                                                                Dallas, Texas 75201
                                                                (214) 747-5070 (Telephone)
                                                                (214) 747-2091 (Facsimile)
                                                                mcnabnay@fr.com
                                                                rbonilla@fr.com
                                                                chakkalakal@fr.com
                                                                vincent@fr.com
                                                                martin@fr.com
                                                                pgbrown@fr.com

                                                                **COUNSEL FOR DEFENDANT**
                                                                **SPROUTS FARMERS MARKET, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 22, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                                */s/ Neil J. McNabnay*
                                                                Neil J. McNabnay