**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| COMMUNICATION INTERFACE TECHNOLOGIES, LLC,<br>*Plaintiff,*<br>v.<br>SPROUTS FARMERS MARKET, INC.<br>*Defendant.* | Case No. 4:24-CV-00426-SDJ<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant Communication Interface Technologies, LLC ("Plaintiff" or "CIT"), by and through its attorneys hereby answers Defendant Sprouts Farmers Market, Inc. ("Defendant" or "Sprouts") Counterclaims as follows:

## GENERAL DENIAL

Plaintiff and Counterclaim-Defendant restates and incorporates by reference the allegations outlined in all the paragraphs of its Operative Complaint, including Paragraphs 1-81, prayer for relief and demand for trial by jury. To the extent a response is required for Defendant's affirmative defenses, Plaintiff and Counterclaim-Defendant denies all of the allegations asserted as Defendant's affirmative defenses.

## ANSWER TO COUNTERCLAIMS

Plaintiff restates and incorporates by reference the allegations set forth in Paragraphs 1-81 of its Operative Complaint.

## THE PARTIES

1. CIT admits the allegations in Paragraph 1 of the Counterclaims.

2. CIT admits the allegations in Paragraph 2 of the Counterclaims.

**JURISDICTION**

3. CIT incorporates its response to Paragraphs 1-2 above by reference.

4. CIT admits the allegations in Paragraph 4 of the Counterclaims.

5. CIT admits the allegations in Paragraph 5 of the Counterclaims.

6. CIT admits the allegations in Paragraph 6 of the Counterclaims.

**ANSWER TO COUNT I – DECLARATION REGARDING NON-INFRINGEMENT**

7. CIT incorporates its response to Paragraphs 1-6 above by reference.

8. CIT admits the allegations in Paragraph 8 of the Counterclaims.

9. CIT denies allegations in Paragraph 9 of the Counterclaims.

10. CIT denies allegations in Paragraph 10 of the Counterclaims.

11. CIT denies allegations in Paragraph 11 of the Counterclaims.

12. CIT denies allegations in Paragraph 12 of the Counterclaims.

13. CIT denies allegations in Paragraph 13 of the Counterclaims.

14. CIT denies allegations in Paragraph 14 of the Counterclaims.

**ANSWER TO COUNT II – DECLARATION REGARDING INVALIDITY**

15. CIT incorporates by reference its response to Paragraphs 1-14 above.

16. CIT admits the allegations in Paragraph 16 of the Counterclaims.

17. CIT denies the allegations in Paragraph 17 of the Counterclaims.

18. CIT admits the allegations in Paragraph 18 of the Counterclaims.

19. CIT admits the allegations in Paragraph 19 of the Counterclaims.

20. CIT denies the allegations in Paragraph 20 of the Counterclaims.

21. CIT admits the allegations in Paragraph 21 of the Counterclaims.

22. CIT admits the allegations in Paragraph 22 of the Counterclaims.

23. CIT admits the allegations in Paragraph 23 of the Counterclaims.

24. CIT admits the allegations in Paragraph 24 of the Counterclaims.

25. CIT admits the allegations in Paragraph 25 of the Counterclaims.

26. CIT admits the allegations in Paragraph 26 of the Counterclaims.

27. CIT admits the allegations in Paragraph 27 of the Counterclaims.

28. CIT admits the allegations in Paragraph 28 of the Counterclaims.

29. CIT admits the allegations in Paragraph 29 of the Counterclaims.

30. CIT admits the allegations in Paragraph 30 of the Counterclaims.

31. CIT denies the allegations in Paragraph 31 of the Counterclaims.

32. CIT denies the allegations in Paragraph 32 of the Counterclaims.

## DEFENDANTS' PRAYER FOR RELIEF

CIT denies that Defendant is entitled to the relief requested in the Counterclaims or to any other relief.

## DEFENDANTS' JURY DEMAND

CIT demands a trial by jury on all issues triable as such.

## AFFIRMATIVE DEFENSES

In response to Sprouts's Counterclaims, CIT asserts the following affirmative defenses. CIT reserves the right to assert additional affirmative defenses as they become known through discovery.

## FIRST AFFIRMATIVE DEFENSE

Sprouts's Counterclaims fail to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

CIT reserves the right to assert any other legal or equitable defenses to which it is entitled. Accordingly, Sprouts' Counterclaims should be dismissed and, instead, Plaintiff is entitled to the relief requested in its Operative Complaint asserted against Defendants for infringement of US Patent Nos 6,574,239 ("the '239 patent"), 8,266,296 ("the '296 patent"), and 8,291,010 ("the '010 patent") which are incorporated herein by reference.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment for itself and against Defendant as follows:

A. a judgment denying Sprouts any and all of its requested relief and any relief whatsoever and dismissing Sprouts' Counterclaims in its entirety with prejudice;

B. a judgment that each and every claim of the '239, '296, and '010 patents is not invalid;

C. a judgment in favor of CIT that Sprouts has infringed one or more claims of the '239, '296, and '010 patents;

D. an award of damages to be paid by Sprouts adequate to compensate CIT for Sprouts' past infringement of the '239, '296, and '010 patents, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

E. a judgment that this case is exceptional and that Plaintiff is entitled to recovery of its costs of suit, including reasonable attorney's fees; and

F. For such further relief in law and in equity as the Court may deem just and proper.

Respectfully submitted,

Dated: August 12, 2024

BEATY LEGAL PLLC

/s/ __*Trevor J. Beaty*

Trevor J. Beaty
trevor@beatylegal.com
514 North Elm Street
Sherman, TX 75090
Tel: (903) 287-5121
Fax: (903) 287-5145

*Attorneys for Plaintiff*
*Communication Interface Technologies, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024 I electronically filed the above document(s) with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Trevor Beaty*
Trevor Beaty